NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002956
08-JAN-2014
09:53 AM

NO. CAAP-13-0002956

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DUANE BRANCO, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-CR NO. 11-1-0367)

ORDER APPROVING THE JANUARY 2, 2014
STIPULATION FOR DISMISSAL OF THE APPEAL
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of the stipulation for dismissal of the appeal (Stipulation) filed on January 2, 2014 by Defendant-Appellant Duane P. Branco, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 8, 2014.

Chief Judge

Associate Judge

Associate Judge